IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF UTAH

CENTRAL DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>           Plaintiff,<br><br>v.<br><br>TROY RICHARD OPFAR,<br><br>           Defendant. | MEMORANDUM DECISION AND ORDER<br><br>Case No. 2:07CR791DAK<br><br>Judge Dale A. Kimball |

      Defendant Troy Richard Opfar has filed a Motion for Early Termination of Supervised Release.  On July 22, 2009, this court sentenced Defendant to 96 months incarceration with the Bureau of Prisons and 36 months of supervised release.  Defendant has been completed eighteen months of his term of supervised release.

      Pursuant to 18 U.S.C. § 3583(e)(1), after considering the factors set forth in Section 3553(a)(1), (a)(2)(B), (a)(2)(C), (a)(2)(D), (a)(4), (a)(5), and (a)(6), the court may terminate a term of supervised release "at any time after the expiration of one year of supervised release . . . if it is satisfied that such action is warranted by the conduct of the defendant released and the interest of justice."   The factors to be considered in Section 3553(a) are those factors to be considered in imposing a sentence, including "the nature and circumstances of the offense and the history and characteristics of the defendant," the applicable sentencing guidelines and any policy statements issued by the Sentencing Commission, and the need for the sentence imposed

to promote respect for the law, to provide just punishment, to deter other criminal conduct, and to provide the defendant with needed services.  *See* 18 U.S.C. § 3553(a).

Defendant's motion for early termination of supervised release is supported by his probation officer, and the United States has not filed an objection to Defendant's motion. Defendant has met all the conditions of his supervised release, has been fully compliant, and has had good communication with his probation officer.  Defendant has started a business with his brother, works hard, and has been successful in the community.  Defendant's letter demonstrates that he has turned his life around.  He has worked hard to become a responsible citizen, to improve his own life and the lives of those around him.  Based on Defendant's conduct, the court finds that an early termination of supervised release is warranted.

Accordingly, the court grants Defendant's motion for early termination of supervised release.  The court requests the Clerk of Court to mail this Order to Defendant at the address provided with his motion.

DATED this 19th day of October, 2017.

BY THE COURT:

_____
DALE A. KIMBALL
United States District Judge